UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONMARK BUNKER (CHINA) LTD.,

               Plaintiff,

- against -

SWELLCHIEF SHIPPING CO. LTD.,

               Defendant.
------------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 16, 2008
      New York, NY

                      The Plaintiff,
                      CONMARK BUNKER (CHINA) LTD.,

              By: _____
                  Charles E. Murphy
                  LENNON, MURPHY & LENNON, LLC
                  The Gray Bar Building
                  420 Lexington Avenue, Suite 300
                  New York, NY 10170
                  (212) 490-6050 - phone
                  (212) 490-6070 - fax
                  ccm@lenmur.com